## Canfield, Appellant, *v.* Baltimore & Ohio Railroad Company.

Argued Feb. 11, 1904. Appeal, No. 276, Jan. T., 1903, by plaintiff, from order of C. P. Delaware Co., Dec. T., 1903, No. 47, refusing to take off nonsuit in case of Thomas J. Canfield and Bridget Canfield, his Wife, v. The Baltimore & Ohio Railroad Company. Before MITCHELL, C. J., DEAN, FELL, MESTREZAT and THOMPSON, JJ. Affirmed.

OPINION BY MR. JUSTICE THOMPSON, March 7, 1904:

For the reasons given in Thomas J. Canfield v. The Baltimore & Ohio Railroad Company, No. 277, of January term, 1903, the assignment of error in this case is not sustained and the judgment is affirmed.